[No. 22209-8-III.   Division Three.   November 4, 2004.]

*In the Matter of the Marriage of* KENDALL ANDERSON, *Appellant*, and LARI B. ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-3-00984-9, Neal Q. Rielly, J., entered June 12, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

[Nos. 22332-9-III; 22390-6-III.   Division Three.   November 4, 2004.]

MICHAEL ALVARADO, *Respondent*, v. MARSHALL S. STANDER, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, No. 00-2-00294-3, John M. Antosz, J., entered July 2, and August 15, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 22337-0-III.   Division Three.   November 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY SAMUEL WALTER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 97-1-00015-1, Rebecca M. Baker, J., entered July 25, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[Nos. 51862-3-I; 53568-4-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ABRAHAM MEHARI REDA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. WADE ANTHONY NARDUCCI, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 00-8-00304-0 and 02-8-03369-7, Michael S. Spearman, J., entered January 13, 2003. *Affirmed* by unpublished per curiam opinion.